1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   KAHEKILI SETO, et al., on behalf of          )   Case No: 2:20-cv-01788-JAM-CKD
     themselves and all similarly situated individuals,)
                                                  )   **ORDER MODIFYING SCHEDULING**
12                    Plaintiffs,                 )   **ORDER FOR GOOD CAUSE**
                                                  )
13   v.                                           )
                                                  )
14   COUNTY OF SAN JOAQUIN,                        )
                                                  )
15                                                )
                      Defendant.                  )
16                                                )
                                                  )
17   _____          )

18          Based upon the joint stipulation by the parties, IT IS HEREBY ORDERED THAT:

19          1.      Good cause exists to allow the parties to modify the scheduling order issued in

20          this matter.  The scheduling order is hereby modified as listed below:

21                  a.   Discovery Cutoff:                    March 18, 2022;

22                  b.   Expert Disclosure:                   January 14, 2022;

23                  c.   Supplemental Expert Disclosure:      January 28, 2022;

24                  d.   Dispositive Motion Filing Cutoff:    April 29, 2022;

25                  e.   Dispositive Motion Hearing:          June 7, 2022 at 1:30 PM;

26                  f.   Pre-trial Conference:                July 29, 2022 at 10:00 AM;

27                  g.   Jury Trial:                          September 12, 2022 at 9:00 AM;

28

1    The Court's December 18, 2020 scheduling order shall remain in effect in all other

2    respects.

3

4    IT IS SO ORDERED:

5

6    DATED:  August 6, 2021                    /s/ John A. Mendez

7                                              THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28