IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEKILI SETO, et al., on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN,<br><br>Defendant. | Case No: 2:20-cv-01788-JAM-CKD<br><br>**ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Based upon the joint stipulation by the parties, IT IS HEREBY ORDERED THAT:

1. Good cause exists to extend the Parties' deadline to file dispositional documents by an additional 14 days. The parties are ordered to file dispositional documents by February 25, 2022.

IT IS SO ORDERED:


DATED: February 4, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE